Submitted December 19, 2011, reversed January 25, 2012

In the Matter of T. L. D.,
Alleged to be a Mentally Ill Person.
STATE OF OREGON,
*Respondent,*

*v.*

T. L. D.,
*Appellant.*

Washington County Circuit Court
C100043MC; A145823

270 P3d 404

Rebecca Carter filed the brief for appellant.

John R. Kroger, Attorney General, Mary H. Williams, Solicitor General, and Karla H. Ferrall, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Duncan, Judge.

PER CURIAM

Reversed. *State v. S. J. F.*, 247 Or App 321, 269 P3d 83 (2011).